UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10198

UNITED STATES OF AMERICA

v.

Malisha Pitt

**ORDER PURSUANT TO THE DUE PROCESS
PROTECTIONS ACT AND FED. R. CRIM. P. 5(F)(2)**

May 13, 2022

SOROKIN, J.

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States's case, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.  Failure to comply with this Order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge